**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| HAMZEH OBEID, | : | |
| Petitioner, | : | |
| vs. | : | CA 08-0353-KD-C |
| MICHAEL B. MUKASEY, Attorney General of the United States, et al., | : | |
| | : | |
| Respondents. | | |

**ORDER**

This matter is before the Court on the "Report and Recommendation" of the magistrate judge (doc. 12) dated September 2, 2008 and the government's "Supplemental Answer to Petition for Writ of Habeas Corpus" (doc. 13) filed September 12, 2008. In its supplemental answer, the government advises the Court that "[o]n September 12, 2008, Petitioner Hamzeh Obeid was released from the custody of the Department of Homeland Security on an Order of Supervision." Accordingly, petitioner's motion for habeas relief pursuant to 28 U.S.C. § 2241 is rendered **MOOT.**

**DONE** this 23rd day of September, 2008.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**